**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 1:14-cv-01982-RBW |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Microsoft Corporation and defendant Internal Revenue Service agree and stipulate that the above captioned action shall be dismissed with prejudice. Counsel for the defendant has produced the records sought by plaintiff in its Freedom of Information Act request, and as a result, the Petition (Document #1) is now moot.

The parties further agree and stipulate that the parties shall bear their own costs and expenses of this action, including attorney's fees.

Date:   February 24, 2015

Agreed:

For Plaintiff Microsoft Corporation:

/s/ George M. Clarke III
George M. Clarke III
(D.C. Bar No. 480073)
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4078
Phone: (202) 452-7000
Fax: (202) 452-7074


/s/ Daniel A. Rosen
Daniel A. Rosen
Baker & McKenzie LLP
452 Fifth Avenue
New York, New York 10018
Phone: (212) 626-4000
Fax: (212) 310-1600


/s/ James M. O'Brien
James M. O'Brien
Baker & McKenzie LLP
300 East Randolph Street,
Suite 5000
Chicago, Illinois 60601
Phone: (312) 861-8000
Fax: (312) 861-2899

For Defendant United States of America:

/s/ Richard J. Hagerman
Richard J. Hagerman
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone: (202) 616-9832
Fax: (516) 514-6866